No. 864. SPRIGGS v. PIONEER CARISSA GOLD MINES, INC., ET AL. C. A. 10th Cir. Certiorari denied. *John J. Spriggs, Sr., pro se,* and *John J. Spriggs, Jr.* for petitioner.

No. 869. GUIDO v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Richard E. Gorman* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 873. ESTER ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Arthur G. Barnett* for petitioners. *Solicitor General Rankin, Assistant Attorney General Morton, Roger P. Marquis* and *Harold S. Harrison* for the United States.

No. 878. SAPP ET AL. v. ATLANTIC COAST LINE RAILROAD CO. C. A. 5th Cir. Certiorari denied. *Henry Hammer, Henry H. Edens* and *James P. Mozingo, III,* for petitioners. *Norman C. Shepard* and *Frank G. Kurka* for respondent.

No. 879. ANDERSON ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Paul Webb, Jr.* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *Harry Baum* for respondent.

No. 882. RENNEKAMP, DOING BUSINESS AS RADIO STATION WEMR, v. MITCHELL, SECRETARY OF LABOR. C. A. 3d Cir. Certiorari denied. *David R. Levin* and *Kenneth E. Rennekamp* for petitioner. *Solicitor General Rankin, Stuart Rothman* and *Bessie Margolin* for respondent.